UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUZVIMINDA LUMAQUIN,<br><br>        Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS INC., et al.,<br><br>        Defendants. | Case No. 15-CV-01869-LHK<br><br>**ORDER TO FILE SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT** |

In the parties' joint case management statement, filed on September 10, 2015, the parties indicate that "a notice of settlement was filed on August 4, 2015" with respect to Defendant Experian and that "a notice of settlement was filed on May 26, 2015" with respect to Defendant Equifax. ECF No. 24. All other defendants have been dismissed.

The Court orders the parties to file a supplemental joint case management statement by September 15, 2015, explaining why they have not yet filed a stipulation of dismissal with respect to Defendants Experian and Equifax. The Case Management Conference will remain as scheduled for September 17, 2015, at 1:30 p.m.

**IT IS SO ORDERED.**

1
Case No. 15-CV-01869-LHK
ORDER TO FILE SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT

Dated: September 11, 2015

_____
LUCY H. KOH
United States District Judge

2
Case No. 15-CV-01869-LHK
ORDER TO FILE SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT